UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SAUL VALENTIN,

                Plaintiff,                      **ECF CASE**

    v.

                                         08 Civ. 3866 (NRB)

ANDREA QUARANTILLO,

                Defendant.                NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
           United States District Court
           Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 3, 2008

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                     Southern District of New York

                                     By:    /s/_____
                                                     F. JAMES LOPREST, JR.
                                                     Special Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2728
                                                     Facsimile: (212) 637-2786
                                                     Email: james.loprest@usdoj.gov

TO:    Spiro Serras, Esq.
           Wilens & Baker, P.C.
           450 Seventh Avenue, 12th Floor
           New York, NY 10278