MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
SAUL VALENTIN (A99 989 416),                                 :
                                                             :
                        Plaintiff,                           :     STIPULATION AND
                                                             :     ORDER OF DISMISSAL
        - v. -                                               :
                                                             :     08 Civ. 3866 (NRB)
ANDREA QUARANTILLO, District Director,                       :
US CIS, New York, New York,                                  :
                                                             :
                        Defendant.                           :
-------------------------------------------------------------x

  IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs or attorney's fees to any party.

Dated: New York, New York
    July 25, 2008

             WILENS & BAKER, P.C.
             Attorneys for Plaintiff

       By: _____
          SPIRO SERRAS, ESQ.
          450 Seventh Avenue
          New York, NY 100123
          Tel. No.: (212) 695-0060

Dated: New York, New York
    July 28, 2008

            MICHAEL J. GARCIA
            United States Attorney for the
            Southern District of New York
            Attorney for Defendant

       By: _____
          F. JAMES LOPREST, JR.
          Special Assistant United States Attorney
          86 Chambers Street, 4th Floor
          New York, NY 10007
          Tel No.: (212) 637-2728

SO ORDERED:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
7/30/08